**Opinion issued July 22, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-20-00473-CV**

————————————

## IN RE TERESA MCMILLAN, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Teresa McMillan has filed a petition for writ of mandamus, challenging the trial court's orders granting real party in interest Bertha Kemp's motions to compel the depositions of two physicians, retained by McMillan to

prepare counteraffidavits under Texas Civil Practice and Remedies Code Section 18.001(e).[1]

We deny the petition. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot. The stay imposed by order of June 30, 2020 is lifted.

**PER CURIAM**

Panel consists of Justices Kelly, Guerra, and Farris.

---

[1] The underlying case is *Bertha Kemp v. Teresa McMillan*, cause number 2018-71872, pending in the 55th District Court of Harris County, Texas, the Honorable LaTosha Lewis Payne presiding.